# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FRANCISCO J TORRES,

    Plaintiff,

v.

WALMART STORES, INC.,

    Defendant.

Case No. 15-cv-02722-BLF

**ORDER DENYING DEFENDANT'S MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 12, 2015 MOTION TO DISMISS AND MOTION FOR SANCTIONS HEARING**

[Re: ECF 21]

    Before the Court is a request by counsel for Defendant to appear by telephone at the hearing on Defendant's motion to dismiss and Plaintiff's motion for sanctions scheduled for November 12, 2015 at 9:00 a.m. Counsel fails to provide any affidavit or other explanation regarding the burden of appearing in person beyond simply stating that they are located in Los Angeles, California, may be unable to appear in person for work-related scheduling reasons, and a telephonic appearance will save fees and costs. Accordingly, the Court finds Defendant has not articulated a sufficient basis and DENIES the request.

    **IT IS SO ORDERED.**

Dated: October 29, 2015

_____
BETH LABSON FREEMAN
United States District Judge