United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FRANCISCO J TORRES,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC.,<br><br>Defendant. | Case No. 15-cv-02722-BLF<br><br>**ORDER (1) VACATING ALL HEARING DATES; (2) TO PROVIDE STATUS UPDATE; (3) TERMINATING AS MOOT PENDING MOTIONS**<br><br>[Re: ECF 25] |
|---|---|

On November 9, 2015, the parties notified the Court that they have reached a settlement and expect to finalize the settlement within 30 days. ECF 25. Accordingly, the Court VACATES the hearing set for November 12, 2015. The Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before December 14, 2015. If the case is dismissed before December 14, 2015 the parties are not required to provide the Court with a status update. Finally, the Court TERMINATES AS MOOT the pending motion to dismiss at ECF 11 and motion for sanctions at ECF 19 without prejudice to either party refiling any of these motions if the case is not dismissed.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge